**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PABLO ADRIAN PEREZ ARREAGA,

     *Petitioner*,

v.                                                        Case No. 3:26-cv-1107-WWB-MCR

FIELD OFFICE DIRECT.
GARRETT RIPA, et al.,

     *Respondents.*

_____

**ORDER**

THIS CAUSE is before the Court on Petitioner's Notice of Voluntary Dismissal

(Doc. 13). Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Clerk is directed to

terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on July 8, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
Copies to:
Counsel of record